**T. O. MOLONEY, Petitioner, v. COMMIS-SIONER OF INTERNAL REVENUE.**

No. 11772.

Circuit Court of Appeals, Eighth Circuit.

Feb. 7, 1941.

Trammell, Batter & Trammell, of Washington, D. C., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Claude R. Marshall, all of Washington, D. C., Atty., Bureau of Internal Revenue, for respondent.

PER CURIAM.

Petition for review dismissed without costs to either party in this Court, on joint motion of counsel for respective parties.

---

**J. OFELTH et al. v. ANDERSON COTTON-WOOD IRR. DISTRICT, W. E. DRAY-COTT v. ANDERSON–COTTONWOOD IRR. DIST.**

No. 9517.

Circuit Court of Appeals, Ninth Circuit.

Feb. 20, 1941.

W. Coburn Cook, of Turlock, Cal., for appellants Ofelth et al.

Pillsbury, Madison & Sutro, of San Francisco, Cal., for appellant Draycott.

Ralph Alfred Wood, Jr., of San Francisco, Cal., for appellant Selby.

L. C. Smith, of Reeding, Cal., and A. L. Cowell, of Stockton, Cal., for appellee.

Before GARRECHT and HEALY, Circuit Judges, and ST. SURE, District Judge

PER CURIAM.

The motion of appellee for dismissal of the appeals herein based on stipulation of W. Coburn Cook, counsel for certain of the appellants, and order of this Court of October 15, 1940, that the appeal herein of J. Ofelth et al. may be dismissed if petition for writ of certiorari be denied in the cause of West Coast Life Insurance Company v. Merced Irrigation District, 9 Cir., 114 F.2d 654, coming on regularly for hearing, and it appearing from the records in said Merced cause that petition for writ of certiorari was denied on January 6, 1941, Pacific Nat. Bank v. Merced Irr. Dist., 61 S.Ct. 441, 85 L.Ed. ——, and petition for rehearing denied on February 10, 1941, 61 S.Ct. 620, 85 L.Ed. ——, by the Supreme Court of the United States, Mr. A. L. Cowell appearing on behalf of appellee, and Mr. Ralph Alfred Wood, Jr., counsel for appellant Selby being present, and not objecting to the granting of said motion, ordered motion to dismiss appeals granted, that the appeals herein be dismissed, that a decree be filed and entered accordingly, and mandate of this court in this cause issue forthwith.

---

**Paul OREN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 8483.

Circuit Court of Appeals, Sixth Circuit.

Feb. 14, 1941.

Richard E. Cross, of Detroit, Mich., for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Claude R. Marshall, and Edward H. Hammond, all of Washington, D. C., for respondent.

Before HICKS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard on Monday, February 10, 1941, and the court being of the opinion that there is no reversible error in the decision of the Board of Tax Appeals, the same is in all things affirmed. See Gransden v. Com'r (Tuttle v. Com'r), 6 Cir., 117 F.2d 80 and Warren v. Com'r, 6 Cir., 117 F.2d 82, which three cases were decided by this court on January 8, 1941.